# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERWOOD FOOD DISTRIBUTORS, LLC, )<br>)<br>Defendant. ) | Case No. 1:16-cv-02386<br><br>**Judge Donald C. Nugent** |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The parties jointly move for entry of the attached Consent Decree, which reflects the terms on which they have agreed to resolve this matter.

Respectfully submitted,

*/s/Melanie M. Peterson*
Melanie M. Peterson
Senior Trial Attorney
EEOC, Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, PA 19107
(267) 589-9759
melanie.peterson@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

/s/*Roland De Monte*
Roland De Monte
Jackson Lewis P.C.
6100 Oak Tree Blvd., Suite 400
Cleveland, OH 44131
(216) 750-0404
(216) 750-0826 (Fax)
Roland.DeMonte@jacksonlewis.com

 /s/*Greg A. Riolo*
Greg A. Riolo
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-0860
(914) 946-1216 (Fax)
Greg.Riolo@jacksonlewis.com

 *Counsel for Defendant Sherwood Food Distributors, LLC*

Dated:  October 15, 2018