UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) ) | CASE NO. 1:16 CV 02386 |
| Plaintiff, ) ) | JUDGE DONALD C. NUGENT |
| v. ) ) | |
| SHERWOOD FOOD DISTRIBUTORS, LLC., ) ) ) | JUDGMENT |
| Defendant. ) ) | |

As set forth in the Memorandum Opinion filed contemporaneously herewith, Plaintiff's Emergency Motion for Civil Contempt Sanctions is GRANTED, in part. It is ORDERED that Sherwood Food Distributors, LLC ("Sherwood") is in contempt of court for failing to comply with the terms of the Consent Decree requiring it to pay payroll tax liabilities. Plaintiff's request for additional sanctions, other than what is ordered herein, is denied.

IT IS FURTHER ORDERED that Sherwood shall pay its full share of payroll tax liability, in the amount of $408,749.23, to the Qualified Settlement Fund Administrator ("Administrator") by wire transfer no later than thirty (30) calendar days following the entry of this Order.

IT IS FURTHER ORDERED that if Sherwood fails to make payment of $408,749.23 in the thirty (30) calendar days following the entry of this Order, Sherwood shall, within fourteen (14) days of the missed deadline, submit to a financial review by a third-party accountant

identified by the EEOC as necessary to ensure that the company will satisfy its payroll tax obligation. Sherwood shall pay all costs and expenses incurred by the third-party accountant.

IT IS FURTHER ORDERED that Sherwood shall pay to the Administrator all costs and expenses incurred in excess of the Decree's $35,000 limit resulting from Sherwood's violation of the Decree, including but not limited to all costs and expenses incurred by the Administrator in the course of carrying out additional duties in accordance with this Order. Payment shall be made to the Administrator upon receipt of invoices, no later than fourteen (14) days following the receipt of any such invoice.

IT IS SO ORDERED.

_____
Donald C. Nugent
United States District Judge

DATED: February 23, 2022